258 So.2d 550

**Ory J. HOOTER d/b/a O. J. Hooter
Furniture Company**

v.

**Richard WILSON.**

No. 52251.

March 15, 1972.

In re: The City of New Orleans applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 256 So.2d 808.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

258 So.2d 550

**STATE of Louisiana, Through the DEPARTMENT OF HIGHWAYS**

v.

**TRIPPEER REALTY CORPORATION.**

No. 52210.

March 15, 1972.

In re: The State of Louisiana, through the Department of Highways, applying for

certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 256 So.2d 683.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.